AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
08/27/2025
Clerk, U.S. District Court
Western District of Texas

By: __FMorales__
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -04780(1) - MAT |
| | § |
| (1) MANUEL ROLANDO MUYULEMA-TENEZACA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 25, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title  **8**  United States Code, Section(s)  **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Manuel Rolando MUYULEMA-Tenezaca, an alien to the United States and a citizen of Ecuador was found approximately 1.22 miles west of the Paso Del Norte Port of entry, near Paisano Drive, in El Paso, Texas in the Western

**Continued on the attached sheet and made a part of hereof.**


Sworn to before me,

/s/ PONCE, CESAR
Signature of Complainant
Border Patrol Agent

August 27, 2025                                     at     EL PASO, Texas
Date                                                              City and State


MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -04780(1)

WESTERN DISTRICT OF TEXAS

(1) MANUEL ROLANDO MUYULEMA-TENEZACA

FACTS   (CONTINUED)

District of Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Ecuador, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Ecuador on June 12, 2025, through Port Isabel, Texas. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been deported 1 time(s), the last one being to ECUADOR on June 12, 2025, through PORT ISABEL, TX


CRIMINAL HISTORY:
None Found